No. D–576.  IN RE DISBARMENT OF WEISS.  Disbarment entered.  [For earlier order herein, see 478 U. S. 1038.]

No. D–579.  IN RE DISBARMENT OF BETZ.  Disbarment entered.  [For earlier order herein, see *ante,* p. 912.]

No. D–587.  IN RE DISBARMENT OF LITTERER.  Disbarment entered.  [For earlier order herein, see *ante,* p. 927.]

No. D–602.  IN RE DISBARMENT OF HOLMES.  It is ordered that Paul H. Holmes, of Hattiesburg, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–603.  IN RE DISBARMENT OF WEINSOFF.  It is ordered that Irving Weinsoff, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–604.  IN RE DISBARMENT OF KORNOWSKI.  It is ordered that Edward Leonard Kornowski, of Solon, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 6, Orig.  NEBRASKA *v.* WYOMING ET AL.  Motion for leave to file petition for an order enforcing decree and for injunctive relief granted.  Defendants are allowed 60 days within which to file answers.  This proceeding shall be docketed as case No. 108, Original.

No. 85–2039.  UNITED STATES *v.* JOHNSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHNSON.  C. A. 11th Cir.  [Certiorari granted, *ante,* p. 811.]  Motion of William H. Gilardy et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 85–2068.  RANKIN ET AL. *v.* MCPHERSON.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 913.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.